**E-filed on:    3/7/12**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTORINA RODRIGUEZ and RIGNALDO RODRIGUEZ, individuals,<br><br>      Plaintiffs,<br>   v.<br><br>WELLS FARGO BANK, N.A., a business entity, NDex WEST, L.L.C., a business entity, and DOES 1 through 50, inclusive,<br><br>      Defendants. | No. 11-cv-05172 RMW<br><br>JUDGMENT |

On March 7, 2012, the court granted summary judgment in favor of defendants. Therefore, it is hereby adjudged that plaintiffs take nothing by way of their complaint and that judgment be entered in favor of all defendants.

DATED:      March 7, 2012

*/s/ Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT
No. 11-cv-05172 RMW
CCL